**Shelly H. Cozakos, ISB No. 5374**
**PICKENS COZAKOS, P.A.**
398 S. 9th Street, Suite 240
P.O. Box 915
Boise, Idaho  83701
Telephone:  208.954.5090
Facsimile:  208.954.5099
shelly@pickenslawboise.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| JON GABRIEL ROSTBERG, an individual,<br><br>*Plaintiff,*<br><br>v.<br><br>H. W. LOCHNER, INC., an Idaho corporation,<br><br>*Defendant.* | Case No.  1:18-cv-00291-EJL<br><br>**PLAINTIFF'S VOLUNTARY DISMISSAL OF COMPLAINT AND DEMAND FOR JURY TRIAL [1]** |

Plaintiff, Jon Gabriel Rostberg, an individual, by and through his counsel of record, Shelly H. Cozakos of the firm Pickens Cozakos, P.A., hereby voluntarily dismisses his Complaint and Demand for Jury Trial [1] pursuant to F.R.C.P. 41(a)(1)(A)(i), with prejudice, each side bearing its own fees and costs.

DATED:  December 18, 2018.

                                                  **PICKENS COZAKOS, P.A.**

                                                  By  */s/Shelly H. Cozakos*
                                                       Shelly H. Cozakos, of the Firm
                                                       *Attorneys for Plaintiff*